IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| TOMMY LEE FAIRCLOTH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 316-016 |
| | ) | |
| LAUREN S. FINLEY, Montgomery County | ) | |
| D.A.; ASHLEY MCLAUGHLIN, Attorney; | ) | |
| JAMES LEE, Probation Officer; | ) | |
| FNU JOHNSON, Montgomery County | ) | |
| Judge, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any party who objects to this Report and Recommendation or anything in it must file, not later than June 13, 2016, written objections specifically identifying the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection.[1] The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on June 14, 2016. Failure to file specific objections within the specified time means that this Report and Recommendation may become the opinion and order of the Court, <u>Devine v. Prison Health Servs., Inc.</u>, 212 F. App'x 890, 892 (11th Cir. 2006), and may limit a party's appellate rights.

---

[1] A copy of the objections must be served upon all other parties to the action.

Dupree v. Warden, 715 F.3d 1295, 1300 (11th Cir. 2013).

Requests for extension of time to file objections to this Report and Recommendation shall be filed with the Clerk of Court for consideration by the undersigned.

A party may not appeal a Magistrate Judge's recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment entered by the District Judge.

SO ORDERED this 25th day of May, 2016, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA