ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JUN 16 PM 2:22
CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| TOMMY LEE FAIRCLOTH, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 316-016 |
| ) | |
| LAUREN S. FINLEY, Montgomery County ) | |
| D.A.; ASHLEY MCLAUGHLIN, Attorney; ) | |
| JAMES LEE, Probation Officer; ) | |
| FNU JOHNSON, Montgomery County ) | |
| Judge, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint without prejudice for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 16 day of June, 2016, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE